UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 14-0624 JGB (SPx)** | Date | August 28, 2014 |
| Title | *Milton McKeever v. Dynamic Recovery Solutions, LLC* | | |

| | |
|---|---|
| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     ORDER To Show Cause re: Lack of Prosecution (IN CHAMBERS)


　　　On March 31, 2014, Plaintiff filed his Complaint against Defendant.  (Doc. No. 1.)  Proof of service was filed on April 14, 2014, indicating service was executed on Defendant on April 4, 2014.  (Doc. No. 9.)

　　　Pursuant to Federal Rule of Civil Procedure 12(a)(1), Defendant must answer the complaint within 20 days after service.  Fed. R. Civ. P. 12(a)(1).  No answer or responsive pleading has been filed in the case.

　　　Accordingly, the Court, on its own motion, ORDERS Plaintiff to show cause in writing on or before **September 5, 2014**, why this action should not be dismissed for lack of prosecution.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).  An appearance by Defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure Rule 55(a) will constitute satisfactory response to the Order to Show Cause.  Failure to respond to this Order will be deemed consent to the dismissal of the action.


　　　**IT IS SO ORDERED.**