UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# JS-6

------------------------------------------------------X

Milton McKeever,

      Plaintiff,     Civil Action No.: EDCV 14-624 JGB (SPx)

    -Against-

Dynamic Recovery Solutions, LLC,

      Defendant.

------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DYNAMIC RECOVERY SOLUTIONS, LLC TO F.R.C.P. 41 (a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Milton McKeever, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against Defendant Dynamic Recovery Solutions, LLC.

Dated: September 4, 2014

        **FREDRICK SCHULMAN & ASSOCIATES**

        BY: s/ Diane c. McDowell

        Diane C. McDowell, Esq
        Fredrick Schulman & Associates
        30 East 29th Street
        New York, New York 10016
        P: 212-796-6053
        F: 212-951-7379
        info@fschulmanlaw.com
        Attorneys for Plaintiff

**SO-ORDERED:**   9/9/2014

Hon.